UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------X
MIKHAIL YAGUDAYEV

        -V-

USPS CONEY ISLAND STATION
--------------------------------------------------X

ORDER
CV10-3698 (JBW)

Petitioner's request to proceed in forma pauperis is granted. Serve on the United States Attorney by mail.

_____
JACK B. WEINSTEIN
SR. UNITED STATES DISTRICT JUDGE

DATED: 8/20/10

